FILED

11/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0449

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0449

_____

JOSEPH and SHARLENE LOENDORF;
ABRAM and KATHY STEVENS,

      Plaintiffs and Appellees,

    v.                                                                        O R D E R

EMPLOYERS MUTUAL CASUALTY
COMPANY, a foreign corporation,

      Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on November 17, 2021, this Court has found the brief in compliance but determined that the proposed Appendix does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(i) requires "[a]n appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken[.]" The Appendix was not filed electronically, and the Court is advised that Appellant plans to mail it. The Appellant's opening brief, however, includes a table of contents showing excessive and unnecessary district court documents to be included in the Appendix. This Court has electronic access to the full District Court record. The Appellant need attach only the order(s) from which appeal is taken—namely, the District Court's orders on summary judgment and attorneys' fees—and should not include other pleadings, briefs, or documents that are part of the District Court record.

IT IS THEREFORE ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court an Appendix containing the revisions necessary to comply with the specified Rule and this Order and shall serve

copies of the revised Appendix on all parties of record;

IT IS FURTHER ORDERED that, pursuant to Rule 12(4) of the Temporary Electronic Filing Rules, Appellant shall submit a paper copy of the appendix with each of the seven paper copies of the electronically filed brief.

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised appendix.

The Clerk is directed to provide a true copy of this Order to counsel for the Appellant and to all counsel of record.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
November 18 2021